UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,

                      Plaintiff,

    -against-                          ORDER

BILLY HEROMAN'S FLOWERLAND, INC.,    20 Civ. 1139 (GBD)

                      Defendant.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

The May 7, 2020 initial conference is adjourned to July 9, 2020 at 9:30 a.m.

Dated: April 21, 2020
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE