YAAKOV SAKS▲•*
JUDAH STEIN▲•
ELIYAHU BABAD▲•
RAPHAEL DEUTSCH ^
DAVID FORCE ▲•
NAKICHA JOSEPH▲
MARK ROZENBERG •
KENNETH WILLARD▲•

**STEIN | SAKS, PLLC**

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
• NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 6, 2021

**Via CM/ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York

SO ORDERED

The January 7, 2021 initial
conference is adjourned to
February 25, 2021 at 9:30 a.m.

*[signature]*
HON. GEORGE B. DANIELS

Re:   **Williams vs. Billy Heroman's Flowerland, Inc.**
      **Case #: 1:20-cv-1139**

Dear Judge Daniels:

We represent the Plaintiff in the above matter.  We write to respectfully request that the initial conference currently scheduled for January 7, 2021, at 9:30am be adjourned.  The Defendant was served on February 15, 2020.  The Defendant is now in default and has not made contact at all with Plaintiff.

This is the first request for an adjournment. The Plaintiff will file for default within 45 days.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

cc:   All Counsel of Record via ECF