UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PAMELA WILLIAMS,

                     Plaintiff,

-against-

BILLY HEROMAN'S FLOWERLAND, INC.,

                     Defendant.

------------------------------------- x

ORDER

20 Civ. 1139 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court issued a certificate of default in the above-captioned case on January 1, 2021. Plaintiff shall move for entry of default judgment within thirty (30) days of this order. Failure to do so will result in this case being closed.

All further conferences in this case are adjourned *sine die*.

Dated: May 13, 2021
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge