UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on
behalf of herself and all others similarly situated,
    Plaintiff,

       v.                         CASE NO.: 1:20-cv-1139

BILLY HEROMAN'S FLOWERLAND, INC.

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Pamela Williams and the Defendant Billy Heroman's Flowerland, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 8, 2021

| For Plaintiff Pamela Williams | For Billy Heroman's Flowerland Inc. |
|---|---|
| */s/ Mark Rozenberg* | */s/ Mikelle Bliss* |
| Mark Rozenberg | Mikelle Vieve Bliss |
| Stein Saks, PLLC | McGlinchey Stafford, PLLC |
| 1University Plaza | 112 West 34th Street Suite 1515 |
| Hackensack, NJ 07601 | New York, NY 10120 |
| Ph: (201) 282-6500 | Ph: (646) 362-4058 |
| mrozenberg@steinsakslegal.com | mbliss@mcglinchey.com |

1

## **CERTIFICATE OF SERVICE**

I certify that on October 8, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*
